WALTER C. ROEHL, an Infant, by HELEN ROEHL, His Guardian ad Litem, et al., Respondents, *v.* THOMAS H. WHELPLEY et al., Appellants, et al., Defendants.

Submitted April 5, 1943; decided April 15, 1943.

*Arnold B. Elkind* and *Gerald F. Finley* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion unless appellant pays ten dollars costs, in which event the motion is denied.